IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Criminal No. 16-00024-CG |
| v. | * | |
| | * | |
| NATALIE REED PERHACS | * | |
| | * | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through the Acting United States Attorney for the Southern District of Alabama, and files this motion to continue the sentencing hearing for defendant Natalie Perhacs, which is currently set for May 17, 2017 at 9:30 am.

The United States requests that the Court continue Perhacs's sentencing hearing for at least another 180 days as she continues to cooperate in ongoing investigations and prosecutions in this district and others.

Respectfully submitted this 10th day of April, 2017.

STEVE BUTLER
ACTING UNITED STATES ATTORNEY

By: */s/Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845
christopher.bodnar@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have filed the foregoing pleading with the clerk of the Court using CM/ECF, which automatically serves a copy of the same upon counsel for the defendant this the 10th day of April 2017.

*s/Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney